1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott Alan Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3
   David Shein (SBN 230870)
4  david@donigerlawfirm.com
5  DONIGER / BURROUGHS
   603 Rose Avenue
6  Venice, California 90291
7  Telephone: (310) 590-1820

8  Attorneys for Plaintiff Michael Grecco Productions, Inc.

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12
   MICHAEL GRECCO PRODUCTIONS,        Case No.:
13 INC, d/b/a "Michael Grecco
   Photography", a California corporation    PLAINTIFF'S COMPLAINT FOR
14                                            COPYRIGHT INFRINGEMENT
15 Plaintiff,

16 v.                                         JURY TRIAL DEMANDED

17
   Manny De La Rosa, d/b/a "Manny the
18 Movie Guy", an individual; and DOES 1-
19 10, inclusive,

20 Defendants.

21

22
23       Plaintiff, Michael Grecco Productions, Inc. ("Plaintiff"), by and through its

24 undersigned attorneys, hereby prays to this honorable Court for relief based on the

25 following:

26 //

27 //

28
                                    1
                               COMPLAINT

**JURISDICTION AND VENUE**

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2.     This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4.     Plaintiff Michael Grecco Productions, Inc., d/b/a "Michael Grecco Photography", is a California corporation organized and existing under the laws of the state of California with its principal place of business at 3103 17th Street, Santa Monica, California 90405, and is doing business in and with the state of California.

5.     Plaintiff is informed and believes and thereon alleges that Defendant Manny De La Rosa, doing business as "Manny the Movie Guy", is an individual residing in and doing business in the state of California.

6.     Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.     Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was

1   at all times acting within the scope of such agency, affiliation, alter-ego relationship
2   and/or employment; and actively participated in or subsequently ratified and adopted,
3   or both, each and all of the acts or conduct alleged, with full knowledge of all the
4   facts and circumstances, including, but not limited to, full knowledge of each and
5   every violation of Plaintiff's rights and the damages to Plaintiff proximately caused
6   thereby.

7       8.      Plaintiff's principal, Michael Grecco, is an award-winning commercial
8   photographer noted for his iconic celebrity portraits, magazine covers, editorial
9   images and advertising spreads.

10      9.      Mr. Grecco created the photograph of Martin Scorsese that is the subject
11  of this dispute on or about May 25, 2006 and has titled it,
12  20060525_Scorsese_Martin_MGP_058.psd (the "Photograph"). The Photograph is
13  an original photograph composed by Mr. Grecco. Plaintiff is the owner of the
14  Photograph which was registered with the United States Copyright Office before the
15  infringement at issue. A true and correct copy of the Photograph is reproduced below:

16

17

18



19

20

21

22

23

24

25

26

27

28

COMPLAINT

10.    Plaintiff is informed and believes and thereon alleges that Defendant Manny De La Rosa owns and operates a commercial website at www.mannythemovieguy.com where he posts stories about film and the entertainment industry.

11.    Plaintiff's investigation revealed that Defendants, and each, were displaying the Photograph on their website, www.mannythemovieguy.com (at http://www.mannythemovieguy.com/index.php?entry=entry090514-140151) without Plaintiff's authorization. Defendants do not have and never have had authorization to use the Photograph. A true and correct image of Defendant's infringing use of the Photograph from the www.mannythemovieguy.com website is reproduced below:



## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

12.    Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

13.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Photograph, including, without limitation, through viewing the Photograph on the World Wide Web.

14.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and displayed the Photograph on www.mannythemovieguy.com.

15.    Plaintiff is informed and believes and thereon alleges that the photograph used by Defendants and shown hereinabove, uses the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the Photograph and are identical or at least substantially similar to the Photograph.

16.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by copying the Photograph and publishing and displaying it to the public, including without limitation, on www.mannythemovieguy.com, without authorization or consent.

17.    Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

18.    Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Photograph in an amount to be established at trial.

19.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

COMPLAINT

1

## PRAYER FOR RELIEF

2    Wherefore, Plaintiff prays for judgment as follows:

3    ### Against all Defendants, and Each:

4    With Respect to Each Claim for Relief:

5    a. That Defendants, and each of them, as well as their employees, agents,
6        or anyone acting in concert with them, be enjoined from infringing
7        Plaintiff's copyright in the Photograph, including, without limitation, an
8        order requiring Defendants, and each of them, to remove the Photograph
9        from their respective websites, catalogs, marketing and advertisement
10        materials.

11    b. That Plaintiff be awarded all profits of Defendants, and each of them,
12        plus all losses of Plaintiff, plus any other monetary advantage gained by
13        the Defendants, and each of them, through their infringement, the exact
14        sum to be proven at the time of trial, and, to the extent available,
15        statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C.
16        §1203, and other applicable law.

17    c. That a constructive trust be entered over any revenues or other proceeds
18        realized by Defendants, and each of them, through their infringement of
19        Plaintiff's intellectual property rights;

20    d. That Plaintiff be awarded its attorneys' fees as available under the
21        Copyright Act U.S.C. § 101 et seq.;

22    e. That Plaintiff be awarded its costs and fees under the statutes set forth
23        above;

24    f. That Plaintiff be awarded statutory damages and/or penalties under the
25        statues set forth above;

26    g. That Plaintiff be awarded pre-judgment interest as allowed by law;

27    h. That Plaintiff be awarded the costs of this action; and

28

6
COMPLAINT

1         i.   That Plaintiff be awarded such further legal and equitable relief as the

2             Court deems proper.

3       Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P.

4  38 and the 7th Amendment to the United States Constitution.

5

6                                                Respectfully submitted,

7  Dated: January 13, 2017        By:       */s/ David Shein*

8                                              Stephen M. Doniger, Esq.
David Shein, Esq.

9                                              DONIGER / BURROUGHS

10                                          Attorneys for Plaintiff
MICHAEL GRECCO PRODUCTIONS,

11                                          INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28